AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the
District of Vermont

2024 APR 19 PM 1: 16

CLERK
BY _____
DEPUTY CLERK

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
All funds in Binance Wallet with address ) Case No. 2:24-mc-73
0x095FeAE95aE837de18c45CD1c9c12845E080904B )
)
)

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of Vermont and elsewhere is subject to forfeiture to the United States of America under __18__ U.S.C. § 981(a)(1)(A), and 19 U.S.C. §§ 1607-09 by 18 U.S.C. § 981(d) *(describe the property):*

See Attachment A, incorporated herein.

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Applicant's signature*

Leah Bogdanowicz, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 19, 2024

_____
*Judge's signature*

City and state: Burlington, Vermont

Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*