## Attachment A

1. This warrant pertains to the seizure of all funds, cryptocurrency and fiat currency, associated with all funds in the crytpocurrency wallet with address 0x095FeAE95aE837de18c45CD1c9c12845E080904B held at Binance. This address is associated with Binance User Identification (UID) number 292009713.

2. As of 4/1/2024, the SUBJECT ACCOUNT contains .6168995770025655784150 BTC, which is equivalent to approximately $42,430.54 U.S. dollars.

3. Pursuant to this seizure warrant, all funds, cryptocurrency and fiat currency should be transferred to a wallet for the listed type of cryptocurrency controlled by law enforcement as follows:

   a. Ethereum (ETH) - 0xba0D6620E494bAc8e745d954a291e16669923393

   b. Tron (TRX) - TXcW1tvg8HDSfEdFM5MT8Ea7aXTpWqAd5F

   c. Bitcoin (BTC) - bc1qangwtqlq7yrjlec6edp22uzum942g47zulnev4

   d. Cosmos (ATOM) - cosmos1x5v7yl7rfr2c009mqqjhr42d6m6tyj6l58gzqa